ALLAN I. RUBIN, Respondent, v. LOUIS DE GIACOMO, Appellant.— In an action for specific performance, to require defendant to convey to plaintiff a certain parcel of vacant land in accordance with the terms of an option contained in a lease for the premises which had been granted by defendant as landlord to plaintiff as tenant, defendant appeals from a judgment in favor of plaintiff. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.